## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**LUIS LOPEZ**                                                                                  **PLAINTIFF**

**v.**                              **CASE NO. 1:19-cv-01040-SOH**

**TREXIS INSURANCE CORPORATION**                                          **DEFENDANT**

### PLAINTIFF'S NOTICE OF DISMISSAL

1. On August 26, 2019, Plaintiff filed a Complaint in the Circuit Court of Union County, Arkansas against Defendant Trexis Insurance Corporation. On September 25, 2019, Defendant removed this case to this Court. Defendant has not filed an Answer in response to this Complaint.

2. Under FRCP 41(a)(1)(A)(i), a plaintiff is entitled to dismiss the case without Court order at any time before a defendant has filed an answer or motion for summary judgment.

3. Plaintiff hereby notifies the Court and other parties that he is voluntarily dismissing his claim without prejudice.

Respectfully Submitted,

John Holleman, ABN 91056
jholleman@johnholleman.net
Timothy A. Steadman, ABN 2009113
tim@johnholleman.net
Trevor Townsend, ABN 2014192
trevor@johnholleman.net

HOLLEMAN & ASSOCIATES, P.A.
1008 West Second Street
Little Rock, Arkansas 72201
Tel. 501.975.5040
Fax 501.975.5043

Lloyd "Tre" Kitchens
tkitchens@bradhendricks.com
THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227
Tel. (501) 221-0444